**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ALEKSANDRA DZIKI   :   No. 60 WM 2016
            :
            :

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of June, 2016, the Petition for Review is **GRANTED**, conditioned upon the certification of Aleksandra Dziki by the Dean of the University of Pennsylvania School of Law. *See* Pa.B.A.R. 321(b). Such Rule 321(b) certification shall be submitted within 30 days.